**EXHIBIT 2:** INFRINGEMENT
URL: https://x.com/EllenBarkin/status/1449454164459798536

