AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| EVA'S PHOTOGRAPHY, INC., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-08809-ALC |
| ELLEN BARKIN, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Ellen Barkin.

Date: 12/23/2025

/s/ Mark Musico
*Attorney's signature*

Mark Musico, MM8001
*Printed name and bar number*

Susman Godfrey L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001

*Address*

mmusico@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*