UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA'S PHOTOGRAPHY, INC., <br><br>                    Plaintiff, <br><br> - against - <br><br> ELLEN BARKIN, <br><br>                    Defendant. | Case No.: 1:25-cv-08809-ALC <br><br> **STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for Eva's Photography, Inc. ("Plaintiff"), and the attorneys for Ellen Barkin ("Defendant") that the time within which Defendant may answer, move or otherwise respond to the Complaint is hereby extended up to and including January 30, 2026.

No provision of this Stipulation shall be construed as a waiver of, and Defendant expressly reserves, any and all defenses.

**IT IS FURTHER STIPULATED AND AGREED**, that for the purpose of this Stipulation, a signature made by a facsimile or electronic means shall have the same force and effect as an original signature.

Dated: December 23, 2025

| | |
|---|---|
| */s/ Mark Musico* | */s/Dina Nouhian* |
| Jacob W. Buchdahl | Craig Sanders |
| Mark Musico | Dina Nouhian |
| SUSMAN GODFREY L.L.P. | SANDERS LAW GROUP |
| One Manhattan West, 50th Fl. | 333 Earle Ovington Blvd., Suite 402 |
| New York, NY 10001 | Uniondale, NY 11553 |
| (212) 336-8330 | (516) 203-7600 |
| jbuchdahl@susmangodfrey.com | csanders@sanderslaw.com |
| mmusico@susmangodfrey.com | dnouhian@sanderslaw.group |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |