MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/29/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA'S PHOTOGRAPHY, INC.,

                Plaintiff,

- against -

ELLEN BARKIN,

                Defendant.

Case No.: 1:25-cv-08809-ALC

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for Eva's Photography, Inc. ("Plaintiff"), and the attorneys for Ellen Barkin ("Defendant") that the time within which Defendant may answer, move or otherwise respond to the Complaint is hereby extended up to and including January 30, 2026.

No provision of this Stipulation shall be construed as a waiver of, and Defendant expressly reserves, any and all defenses.

**IT IS FURTHER STIPULATED AND AGREED**, that for the purpose of this Stipulation, a signature made by a facsimile or electronic means shall have the same force and effect as an original signature.

Dated: December 23, 2025

/s/ Mark Musico
Jacob W. Buchdahl
Mark Musico
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
(212) 336-8330
jbuchdahl@susmangodfrey.com
mmusico@susmangodfrey.com

*Attorneys for Defendant*

/s/Dina Nouhian
Craig Sanders
Dina Nouhian
SANDERS LAW GROUP
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
(516) 203-7600
csanders@sanderslaw.com
dnouhian@sanderslaw.group

*Attorneys for Plaintiff*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

12/29/25