

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2026

February 25, 2026

*Via ECF*
Hon. Andrew Lamar Carter Jr.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for **Wednesday, March 4, 2026, at 12:00 p.m.** is hereby converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial **(646)-453-4442, conference ID 945 565 335#.**
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 02/25/2026

Re:   *Eva's Photography, Inc. v. Ellen Barkin*
      Docket No: 1:25-cv-08809-ALC-KHP

Dear Judge Carter Jr.:

We are the attorneys for plaintiff Eva's Photography Inc ("*Plaintiff*") in this matter and write to respectfully request a remote appearance for the Initial Conference scheduled for March 4, 2026 at 12:00pm. Pursuant to Your Honor's Rule 3. A, the principal trial counsel must appear at all conferences. However, I will be out of state on another matter on that date.

As a matter of background, this action involves a copyright infringement and commenced on October 24, 2025 with the filing of the Complaint (Dk. No. 1). Defendant Ellen Barkin ("*Defendant*") filed her Answer on January 30, 2026 (Dkt. No. 12). The parties later held a Rule 26 conference and file the Proposed Case Management Plan and Report of Rule 26(f) Meeting on February 23, 2026 (Dkt. No. 15).

As good cause, the Plaintiff states that neither party intends to present evidence at the conference and that the parties can adequately advocate their respective interests remotely. Further, Plaintiff respectfully submits that a remote appearance would limit the fees and expenses that would otherwise be incurred should a physical appearance be required for this conference, avoiding raising the expense of the case and permitting more resources to be expended towards settlement discussions

Thank you for your consideration of this request. We look forward to further instruction from Your Honor.

Respectfully submitted,

/s Dina Nouhian
Dina Nouhian