UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eva's Photography, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ellen Barkin, <br><br> Defendant. | Case No: 1:25-cv-08809-ALC-KHP |

### CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026 I caused to be served via electronic mail a copy of the Plaintiff's Copyright Assignment, First Request for Production, First Set for Interrogatories, First Set of Requests for Admission, and the Plaintiff's Rule 26 Initial Disclosures on the following addresses:

    Email: MMusico@susmangodfrey.com
             jbuchdahl@susmangodfrey.com
             rthomas@susmangodfrey.com

                                      By: */s Kiana Beach*
                                      Kiana Beach