USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__03/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

EVA'S PHOTOGRAPHY, INC.,

                                 Plaintiff,

                 -against-

ELLEN BARKIN.,

                               Defendant.
-------------------------------------------------------------------X

**25-CV-8809 (ALC) (KHP)**

**ORDER RESCHEDULING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The settlement conference in this matter scheduled for Tuesday, May 5, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Thursday, May 14, 2026 at 10:00 a.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **May 7, 2026, by 5:00 p.m.**

                               **SO ORDERED.**

DATED:       New York, New York
                March 30, 2026

                                        *Katharine H Parker*
                                  _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge