SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001-8602

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

_____

| | | |
|---|---|---|
| SUITE 5100<br>1000 LOUISIANA STREET<br>HOUSTON, TX 77002-5096<br>(713) 651-9366 | SUITE 1400<br>1900 AVENUE OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310) 789-3100 | SUITE 3000<br>401 UNION STREET<br>SEATTLE, WASHINGTON 98101-2683<br>(206) 516-3880 |

MARK MUSICO
DIRECT DIAL (212) 471-8357

E-MAIL MMUSICO@SUSMANGODFREY.COM

April 3, 2026

Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007

Re:    *Eva's Photography, Inc. v. Ellen Barkin,* No. 25-cv-8809-ALC-KHP

Dear Judge Parker:

We submit this joint letter pursuant to Court's order requesting a status update by today. ECF No. 20. The parties have reached an agreement in principle to resolve this matter and expect to file a stipulation of dismissal within 30 days.

Respectfully submitted,

*/s/ Mark Musico*

Mark Musico