USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___04/03/2026

**SUSMAN GODFREY L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 401 UNION STREET |
| HOUSTON, TX 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

MARK MUSICO
DIRECT DIAL (212) 471-8357

E-MAIL MMUSICO@SUSMANGODFREY.COM

April 3, 2026

Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007

Re:    *Eva's Photography, Inc. v. Ellen Barkin,* No. 25-cv-8809-ALC-KHP

Dear Judge Parker:

We submit this joint letter pursuant to Court's order requesting a status update by today. ECF No. 20. The parties have reached an agreement in principle to resolve this matter and expect to file a stipulation of dismissal within 30 days.

Respectfully submitted,

*/s/ Mark Musico*

Mark Musico

**In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for May 14, 2026 is hereby adjourned sine die.**

SO ORDERED:

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
**04/03/2026**