**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Eva's Photography, Inc., | |
| Plaintiff, | Case No: 1:25-cv-08809-ALC-KHP |
| v. | |
| Ellen Barkin, | |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 27, 2026

**SUSMAN GODFREY L.L.P.**

By: */s/ Mark Musico*
Mark P. Musico, Esq.
One Manhattan West, 50th Fl.,
New York, NY 10001
Tel: (212) 336-8330
Email: mmusico@susmangodfrey.com
*Attorneys for Defendant*

**SANDERS LAW GROUP**

By: */s/ Dina Nouhian*
Dina Nouhian, Esq.
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: dnouhian@sanderslaw.group
File No.: 127772
*Attorneys for Plaintiff*